JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL FOOD MANAGEMENT, INC. dba WENDY'S #10814; L&L FAMILY INVESTMENTS, LLC,<br><br>    Defendants. | Case No. 2:13-cv-00466-MMM-E<br><br>[Proposed] ORDER RE: JOINT STIPULATION FOR DISMISSAL |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel, and defendants Continental Food Management, Inc. dba Wendy's #10814 and L&L Family Investments, LLC,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: June 28, 2013

*Margaret M. Morrow*
United States District Judge